**Opinion issued January 3, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00875-CV

———————————

## HARRIS COUNTY HISTORICAL COMMISSION, Appellant

## V.

## TEXAS DEPARTMENT OF TRANSPORTATION, Appellee

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-38253**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.